UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 21-54507-WLH |
| TAMARA R. FLOYD, | : | CHAPTER 7 |
| Debtor. | : | |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served the foregoing *Amended Notice of Pleading, Deadline to Object, and for Hearing* [Doc No. 18] by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage affixed thereon to assure delivery to:

Office of the United States Trustee
362 Richard B. Russell Bldg.
75 Ted Turned Drive, S.W.
Atlanta, GA 30303

Tamara R. Floyd
3135 Summer Court Drive
Jonesboro, GA 30239

This 20th day of September, 2021.

*/s/ S. Gregory Hays*
S. Gregory Hays
Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Road, NW, Ste 555
Atlanta, GA 30305
(404) 926-0060