UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 21-55718-WLH |
| | : | |
| TAMARA R. FLOYD, | : | |
| | : | CHAPTER 7 |
| | : | |
| DEBTOR. | : | CHIEF JUDGE HAGENAU |
| _____ | : | _____ |
| | : | |
| MARY IDA TOWNSON, | : | |
| UNITED STATES TRUSTEE, REGION 21 | : | |
| MOVANT, | : | |
| | : | |
| -vs- | : | CONTESTED MATTER |
| | : | |
| TAMARA R. FLOYD, | : | |
| | : | |
| RESPONDENT. | : | |

**NOTICE OF HEARING ON UNITED STATES TRUSTEE'S
MOTION TO DISMISS CASE**

**PLEASE TAKE NOTICE** that the United States Trustee has filed a Motion to Dismiss the Case.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold an initial telephonic hearing for announcements on the motion at the following number: (toll-free number: **833-568-8864**; meeting id **161 202 1574**, at **10:30 A. M.** on **November 18, 2021** in Courtroom 1403, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303.

Matters that need to be heard further by the Court may be heard by telephone, by video conference, or in person, either on the date set forth above or on some other day, all as determined by the Court in connection with this initial telephonic hearing. Please review the "Hearing Information" tab on the judge's webpage, which can be found under the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the webpage for this Court, www.ganb.uscourts.gov for more information.

Your rights may be affected by the Court's ruling on these pleadings.  You should read these pleadings carefully and discuss them with your attorney, if you have one in this

bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk as the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive SW, Atlanta, Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: October 18, 2021

>MARY IDA TOWNSON
>UNITED STATES TRUSTEE
>REGION 21
>
>*/s   Alan Hinderleider*
>ALAN HINDERLEIDER
>Trial Attorney
>Georgia Bar Number 938543
>United States Department of Justice
>Office of the United States Trustee
>Suite 362, Richard B. Russell Building
>75 Ted Turner Drive, SW
>Atlanta, GA 30303
>404.331.4437
>Alan.Hinderleider@usdoj.gov

## CERTIFICATE OF SERVICE

I, Alan Hinderleider, certify that on, October 18, 2021, I caused a copy of this notice of hearing to be served by first class U.S. Mail to ensure delivery to:

**Tamara R. Floyd**
**3135 Summer Court Drive**
**Jonesboro, GA 30239**

This is to certify that I have on this day electronically filed the foregoing *Notice of Hearing* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to all of the parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program.

- **Office of the United States Trustee    ustpregion21.at.ecf@usdoj.gov**

- **S. Gregory Hays    ghays@haysconsulting.net, saskue@haysconsulting.net; GA32@ecfcbis.com**

Dated: October 18, 2021

                                                          MARY IDA TOWNSON
                                                          United States Trustee
                                                          Region 21

                                                          */s  Alan Hinderleider*
                                                          Alan Hinderleider
                                                          Trial Attorney
                                                          Georgia Bar Number 938543

United States Department of Justice
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303
Alan.Hinderleider@usdoj.gov