**IT IS ORDERED as set forth below:**



**Date: October 18, 2021**

_____
**Wendy L. Hagenau**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 21-54507-WLH |
| | : | |
| TAMARA R. FLOYD, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| | : | |

**ORDER ON MOTION TO EXTEND TIME FOR TRUSTEE OR THE UNITED STATES TRUSTEE TO OBJECT TO DEBTOR'S DISCHARGE**

On September 13, 2021, S. Gregory Hays, Chapter 7 Trustee ("**Trustee**") for the bankruptcy estate of Tamara R. Floyd ("**Debtor**"), filed a *Motion to Extend Deadline for the Trustee and the United States Trustee to Object to Debtor's Discharge* [Doc. No. 17] (the "**Motion**"), seeking an extension of time for Trustee or the United States Trustee to object to Debtor's discharge through and including December 12, 2021.

On September 14, 2021, Trustee filed a *Notice of Pleading, Deadline to Object, and for Hearing* [Doc. No. 18] (the "**Notice**") regarding the Motion, setting the hearing for October 14, 2021. Trustee certifies that he served the Notice on all requisite parties in interest on September 14, 2021. [Doc. No. 18-1].

On September 20, 2021, Trustee filed an *Amended Notice of Pleading, Deadline to Object, and for Hearing* [Doc. No. 19] (the "**Amended Notice**"). Trustee certifies that he served the Amended Notice on all requisite parties in interest on September 20, 2021. [Doc. No. 19-1].

Trustee appeared at the calendar call for the Hearing on October 14, 2021. No creditors or parties in interest appeared to oppose the relief requested in the Motion.

The Court having considered the Motion and all other matters of record, including the lack of objection to the relief requested in the Motion; and, the Court having found that good cause exists to grant the relief requested in the Motion, it is hereby

**ORDERED** that the Motion is **GRANTED**: the time within which Trustee or the United States Trustee may file a complaint objecting to Debtor's discharge is hereby extended through and including December 12, 2021.

[END OF DOCUMENT]

**Prepared and presented by:**

   /s/ *S. Gregory Hays*
S. Gregory Hays
Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Street, NW
Suite 555
Atlanta, Georgia 30305
(404) 926-0060

**Identification of entities to be served:**

Alan Michael Hinderleider
Office of the U.S. Trustee
Room 362
75 Ted Turner Drive, SW
Atlanta, GA 30303

Tamara R. Floyd
3135 Summer Court Drive
Jonesboro, GA 30239

S. Gregory Hays
Hays Financial Consulting, LLC
2964 Peachtree Road, NW, Ste 555
Atlanta, GA 30305