**IT IS ORDERED as set forth below:**



Date: November 19, 2021

_____
**Wendy L. Hagenau
U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | : | CASE NO. 21-54507-WLH |
| TAMARA R. FLOYD, | : | CHAPTER 7 |
| DEBTOR. | : | |

### ORDER DISMISSING CASE

On October 13, 2021, the United States Trustee filed and served a motion to dismiss this case pursuant to Bankruptcy Code section 707(a). (Dkt. No. 20) (the "Motion"). The Motion was scheduled for hearing November 18, 2021. At the call of the calendar, Alan Hinderleider appeared on behalf of the United States Trustee and there was no appearance on behalf of the debtor. No objections were filed and no one appeared at the call of the calendar in opposition to the Motion. The Court, having reviewed the record in the case, finds sufficient cause to grant the unopposed Motion. Accordingly, it is

**ORDERED** that the Motion is **granted** and this case is **DISMISSED.**

  The Clerk shall serve this order on the debtor, the chapter 7 trustee, the United States Trustee, and mailing matrix.

[END OF DOCUMENT]

Prepared and submitted by:

  <u>*/s/ Alan Hinderleider*</u>
ALAN HINDERLEIDER
Trial Attorney
Georgia Bar No. 938543
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303 Tel: (404) 331-4437
E-mail: alan.hinderleider@usdoj.gov

DISTRIBUTION LIST:

Tamara R. Floyd
3135 Summer Court Drive
Jonesboro, GA 30239 USA

S. Gregory Hays
Chapter 7 Trustee
2964 Peachtree Road
Atlanta, GA 30305-2153

Alan Hinderleider
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

Mailing Matrix